AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Manuel Cazares-Soto, | ) | Case No.   MJ 17-6401 |
| a.k.a.: Manuel Cazares Soto, | ) | |
| (A095 771 665) | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 7, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Manuel Cazares-Soto, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona , on or about March 2, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: SAUSA Ryan Goldstein

☒ Continued on the attached sheet.

Telephonically Sworn

_____
*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   October 9, 2017   12:35 P.M.

_____
*Judge's signature*

City and state:   Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 7, 2017, Manuel Cazares-Soto was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Cazares-Soto was examined by ICE Officer S. Rose who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 8, 2017, Cazares-Soto was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Cazares-Soto was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Manuel Cazares-Soto to be a citizen of Mexico and a previously deported criminal alien. Cazares-Soto was removed from the United States to Mexico through Nogales, Arizona on or about March 2, 2010, pursuant to

the reinstatement of an order of removal issued by an immigration judge. There is no record of Cazares-Soto in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cazares-Soto's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Manuel Cazares-Soto was convicted of Re-Entry of Removed Alien, a felony offense, on March 1, 2010, in the United States District Court, District of Arizona. Cazares-Soto was sentenced to time served imprisonment and three (3) years' supervised release. Cazares-Soto's criminal history was matched to him by electronic fingerprint comparison.

5. On October 8, 2017, Manuel Cazares-Soto was advised of his constitutional rights. Cazares-Soto freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 7, 2017, Manuel Cazares-Soto, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona , on or about March 2, 2010, and not having obtained the express

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Telephonically Sworn

Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to telephonically on
this 9th day of October, 2017.

David K. Duncan,
United States Magistrate Judge

4